UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**United States of America,**

v.

**Keon D. Warren.**

Case No. 2:16–cr–121

Judge Michael H. Watson
Magistrate Judge King

### ORDER

On June 22, 2016, Magistrate Judge King issued a report and recommendation ("R&R") regarding Defendant's guilty plea. R&R, ECF No. 29. Magistrate Judge King recommended that the Court accept Defendant's guilty plea to Count 1 of the Indictment in this case. *Id*. at 2. Defendant, represented by counsel, consented to enter his guilty plea before the Magistrate Judge. *Id*. at 1. The Magistrate Judge conducted the colloquy required by Federal Rule of Criminal Procedure 11 and determined that Defendant's plea was knowing, voluntary, and had a basis in fact. *Id*. at 1–2.

The Magistrate Judge notified the parties of their right to file objections to the R&R pursuant to 28 U.S.C. § 636(b)(1). *Id*. at 3. She also specifically advised the parties that the failure to object to the R&R within fourteen days would result in a waiver of both the right to *de novo* review by the District Judge and the right to appeal the decision of the District Court adopting the R&R. *Id*.

The deadline for filing such objections has passed, and no objections were filed. Having received no objections, the R&R is **ADOPTED**, and the Court

**ACCEPTS** Defendant's guilty plea to Count 1 of the Indictment. Defendant is hereby adjudged guilty of conspiracy to possess with intent to distribute Oxycodone in violation of 21 U.S.C. §§ 846, 841.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT**